Form 4

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| J.D. IRVING, LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF COMMERCE,<br><br>      Defendants. | Court No. 21-00641 |

## SUMMONS

TO:   The Above-Named Defendants:

You are hereby summoned and required to serve on Plaintiff's attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano
Clerk of the Court

 /S/ Jay C. Campbell
Jay C. Campbell
Walter Spak
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
jcampbell@whitecase.com
(202) 626-3600Date:

December 30, 2021