UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| J.D. IRVING, LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF COMMERCE,<br><br>        Defendants. | **Court No. 21-00641** |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Timothy M. Reif.

                                                /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge

DATED: January 5, 2022