# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| J.D. IRVING, LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES and U.S. DEPARTMENT OF COMMERCE,<br><br>    Defendants. | Court No. 21-00641 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff J.D. Irving, Limited hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's decision and judgment entered in this action on January 25, 2023.

                                              Respectfully submitted,

                                              /s/ Jay C. Campbell
                                              Walter J. Spak
                                              Jay C. Campbell
                                              Cristina M. Cornejo
                                              WHITE AND CASE LLP
                                              701 Thirteenth Street, NW
                                              Washington, DC 20005
                                              (202) 626-3600

Date: March 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of March 2023, "PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Jay C. Campbell
     Jay C. Campbell