# United States Court of Appeals for the Federal Circuit

---

**J.D. IRVING, LIMITED,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DEPARTMENT OF COMMERCE,**
*Defendants-Appellees*

---

2023-1652

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00641-TMR, Judge Timothy M. Reif.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 10, 2024
Date

Jarrett B. Perlow
Clerk of Court